DAVID A. HUBBERT
Deputy Assistant Attorney General

OLGA L. TOBIN
GOKCE T. YUREKLI
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 532-5123
Fax: (202) 514-6866
Olga.L.Tobin@usdoj.gov
Gokce.T.Yurekli@usdoj.gov
*Counsel for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:22-cv-01505 |
| FAVI CAHAN, | ) |
| Defendant. | ) |

**CONSENT JUDGMENT**

**JUDGMENT** is entered for the Plaintiff the United States America and against Defendant Favi Cahan, as a penalty under 31 U.S.C. § 5321(a)(5), in the amount of $1,320,168.71 as of June 2, 2022, plus additional accrued pre-judgment interest on the penalty assessments as provided by 31 U.S.C. § 3717(a)(1) and accrued late-payment penalties under 31 U.S.C. §3717(e)(2) from and after June 2, 2022, and to the date of entry of this judgment, for his willful failure to report his interest in his foreign bank, securities, or other financial accounts from 2005 through 2008 on timely filed Report of Foreign Bank and Financial Accounts (FBARs).

1

Post-judgment interest on the FBAR penalty assessments shall accrue pursuant to 28 U.S.C. § 1961(a) and post-judgment late-payment penalties shall accrue pursuant to 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9, until the judgment is paid in full.

This the _____ day of _____, 2022.

                                              _____
                                              HON. JUDGE MICHAEL A. SHIPP
                                              United States District Judge
                                              District of New Jersey

| SEEN AND AGREED: | SEEN AND AGREED: |
|---|---|
| For Favi Cahan: | For the United States of America: |
|  | DAVID HUBBERT<br>Deputy Assistant Attorney General |
| /s/ Megan L. Brackney<br>MEGAN L. BRACKNEY<br>Kostelanetz & Fink, LLP<br>7 World Trade Center<br>34th Floor<br>New York, New York 10007<br>Tel: (212) 808-8100<br>Fax: (212) 808-8108<br>*Counsel for Favi Cahan* | /s/ Olga L. Tobin<br>OLGA L. TOBIN<br>GOKCE T. YUREKLI<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>P.O. Box 227<br>Washington, D.C. 20044<br>Tel: (202) 532-5123<br>Fax: (202) 514-6866<br>Olga.L.Tobin@usdoj.gov<br>Gokce.T.Yurekli@usdoj.gov<br>*Counsel for the United States of America* |